1  LAW OFFICES OF BOWMAN & ASSOCIATES
   Robert C. Bowman, Jr. (State Bar No: 232388)
2  Kara Keister (State Bar No. 250260)
   2151 River Plaza Drive, Suite 105
3  Sacramento, California 95833
   Telephone: (916) 923-2800
4  Facsimile: (916) 923-2828

5  Attorneys for Plaintiff
   STACIE NICOLE WILLIS

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | STACIE NICOLE WILLIS,            ) Case No. 2:10-CV-02236-MCE-DAD
                                      )
12 |        Plaintiff,                 ) **STIPULATION AND ORDER**
                                      ) **FOR DISMISSAL WITH**
13 |   v.                              ) **PREJUDICE**
   PAYCHEX NORTH AMERICA, INC., a     )
14 | Delaware corporation doing business in ) [F.R.C.P. 41(a)(1)]
   California, and DOES 1 through 50, inclusive, )
15                                    )
           Defendants.                 )
16                                    )
                                      )
17                                    )
                                      )
18

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Stacie Nicole Willis and Defendant Paychex North America, Inc. hereby stipulate and request that this entire action, including all parties and all causes of action, be dismissed with prejudice.  Each party shall bear its own attorney's fees and costs.

Dated: December 6, 2010

/s/ *Richard R. Gray*
RICHARD R. GRAY
ADRIANNE B. OSTROWSKI
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
PAYCHEX NORTH AMERICA, INC.

Dated: December 6, 2010

/s/ *Kara Keister* (Authorized _12/6/10)
KARA KEISTER
LAW OFFICE OF BOWMAN & ASSOCIATES
A Professional Law Corporation
Attorneys for Plaintiff
STACIE NICOLE WILLIS

**ORDER**

IT IS SO ORDERED.

Dated:  December 9, 2010

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE